<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARKADI MERKIN AND MARINA BELAYA,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAVEL BELYI AND NATALIA BELAIA,<br><br>*Defendants*. | Case No.: 23-cv-23393<br><br>**ORDER**<br><br>December 12, 2024 |

**SEMPER**, District Judge.

    **THIS MATTER** comes before the Court upon a report and recommendation (ECF 14, "R&R") issued by Magistrate Judge Michael A. Hammer regarding the Court's *sua sponte* Order to Show Cause (ECF 6) that directed Defendants Pavel Belyi and Natalia Belaia to explain why this case should not be remanded to the Superior Court of New Jersey, Law Division, Morris County for lack of subject matter jurisdiction or defective removal and why the Court should not impose costs against Defendants. Defendants filed a response to the Court's Order to Show Cause. (ECF 7.) Plaintiffs Arkadi Merkin and Marina Belaya ("Plaintiffs") replied. (ECF 13.) Defendants did not object to the R&R. Plaintiffs filed a limited objection. (ECF 16.) This Court has carefully reviewed Judge Hammer's R&R, and for substantially the same reasons stated therein and for the reasons set forth in this Court's December 12, 2024 Opinion,

    **IT IS** on this 12th day of December 2024,

    **ORDERED** that this Court **ADOPTS** Judge Hammer's R&R (ECF 14); and it is further

    **ORDERED** that this case be **REMANDED** to the Superior Court of New Jersey, Law Division, Morris County; and it is further

**ORDERED** that the Clerk of the Court shall close the case.

**SO ORDERED.**

                                                                */s/ Jamel K. Semper*
                                                                **HON. JAMEL K. SEMPER**
                                                                **United States District Judge**

Orig:     Clerk
cc:       Michael A Hammer, U.S.M.J.
           Parties